1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

DEANNA WILSON, individually,

                          Plaintiff,

    vs.

CLALLAM COUNTY; W.L. "BILL'
BENEDICT, in his individual capacity;
WENDY PETERSON, in her individual
capacity; HOWARD ANDREW BLAIR,
and JOHN DOES 1-5, in their individual
capacity,

                       Defendants.

NO. 3:19-cv-06105-RSM-TLF

**S**TIPULATED MOTION AND ORDER
OF DISMISSAL

Hearing Date:  June 22, 2022

**STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

STIPULATED to this 22nd day of June, 2022.


COCHRAN DOUGLAS, PLLC

By: /s/ Loren A. Cochran
   Loren A. Cochran, WSBA No. 32773
   loren@cochrandouglas.com
   Nicholas B. Douglas, WSBA No. 49786
   cole@cochrandouglas.com
   Attorneys for Plaintiff


AND


PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.


By: /s/ Megan F. Starks
Patricia K. Buchanan, WSBA No.
Megan F. Starks, WSBA No. 39640
1000 Second Ave., 30th Floor
Seattle, WA  98104
mstarks@pattersonbuchanan.com
Attorneys for Defendants


PFAU COCHRAN VERTETIS AMALA PLLC


By: /s/ Thomas B. Vertetis
Thomas B. Vertetis, WSBA No. 29805
tom@pcvalaw.com
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**<u>ORDER OF DISMISSAL</u>**

Based on the above Stipulated Motion, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 7th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE